# United States District Court
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA
v.                                              **ORDER OF DETENTION PENDING TRIAL**

<u>WILLIAM D. MITCHELL</u>            Case Number: 13-20051-01-KHV-DJW
*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**Part I - Findings of Fact**

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f) (1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings (A)**

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____
  ☐ under 18 U.S.C. § 924(c).

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**Alternative Findings (B)**

☐ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_____
_____
_____
_____

**Part II - Written Statement of Reasons for Detention**

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that

(See attached pages)

**Part III - Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: May 17, 2013                         <u>s/ David J. Waxse</u>
                                            *Signature of Judicial Officer*

                                            DAVID J. WAXSE, U.S. MAGISTRATE JUDGE
                                            *Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

U.S.A. v. William D. Mitchell
Criminal Action 13-20051-01-KHV-DJW

# Part II - Written Statement of Reasons for Detention

There is a set of factors I have to look at to determine whether there are conditions that will assure your appearance as well as the safety of the community. Those factors are set out in 18 U.S.C. §3142(g).

The first factor is the nature and circumstances of the offense charged, including whether the offense is a crime of violence, involves firearms, or involves controlled substances. Your charges involve controlled substances so that is a negative factor.

The next factor is the weight of the evidence against the person. There has been a Grand Jury determination of probable cause so that is negative.

The next factor is the history and characteristics of the person, including your physical and mental condition. There is nothing that appears to be problematic so that would be positive.

The next factor is family ties which are mixed, based on your description of what is going on with your mother and your father's concern about whether you are going to stay under control.

Your employment is negative.

The next factor is your financial resources. There is no indication you have substantial resources that will enable you to flee so that is positive.

Length of residence in the community is positive.

Community ties are positive.

The next factor is past conduct, which includes history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings. You have substantial numbers of convictions and substantial times you have failed to appear or absconded from probation.

The next factor is whether at the time of the current offense you were on probation or parole. It appears that the probation you are on occurred after the offense, so that would be negative.

The final factor is the nature and seriousness of the danger you might pose to the community. Any time you are charged with distributing the kind of drugs you are charged with, that is a danger that has to be considered.

Considering all these factors, as well as the presumption that you have heard mentioned, I cannot come up with conditions that I can be satisfied you will comply with so you will stay detained.